# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ADELA SABINO PEREZ and IVAN VENTURA SABINO<br><br>                  Defendant. | **8:19CR67**<br><br>**ORDER** |

      This matter is before the court on Defendant Perez's Unopposed Motion to Continue [39] and Defendant Sabino's Motion to continue Trial [40]. The parties are engaged in plea negotiations and seek additional time to resolve this matter short of trial. For good cause shown,

      **IT IS ORDERED** that Defendants' unopposed Motions to Continue Trial [39] and [40] are granted as follows:

      1. The jury trial, **as to both defendants,** now set for June 11, 2019, is continued to **August 13, 2019.**

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 13, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 7th day of June 2019.

                                                                                   BY THE COURT:

                                                                                 s/Susan M. Bazis<br>
                                                                                 United States Magistrate Judge