IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ADELA SABINO PEREZ and IVAN VENTURA SABINO<br><br>　　　　　　　Defendant. | 8:19CR67<br><br>ORDER |

This matter is before the court on Defendant Perez's Unopposed Motion to Continue [46]. The parties are engaged in plea negotiations and seek additional time to resolve this matter short of trial. Good cause having been shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue [46] is granted as follows:

1. The jury trial, **as to both defendants,** now set for October 29, 2019, is continued to **January 7, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 7, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

Dated this 24th day of October 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge