IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR67 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ADELA SABINO PEREZ | |
| Defendant. | |

This matter is before the court on Defendant Perez's Unopposed Motion to Continue [55]. Based on the reasons set forth in the motion and the telephone conference the court had with the parties, the court finds good cause has been shown and the motion should be granted. Accordingly,

**IT IS ORDERED** that Defendant Perez's Unopposed Motion to Continue [55] is granted as follows:

1. The jury trial, **as to Adela Sabino Perez,** now set for January 7, 2020 is continued to **February 11, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 11, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**3. No further continuances will be granted without a hearing before the undersigned magistrate judge.**

Dated this 2nd day of January 2020.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge